JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JESUS GUZMAN, <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE COUNTY SHERIFF POLICE DEPARTMENT, COUNTY OF RIVERSIDE, DEPUTY MORTON, as an individual, DEPUTY MONTALVO, as an individual; DEPUTY MATOS, as an individual; INVESTIGATOR VASQUEZ, as an individual; and , and DOES 5-10, <br><br> Defendants. | Case No. EDCV 18-1053-GW-SPx <br><br> *[The Honorable George H. Wu, Magistrate Judge, Sheri Pym]* <br><br> **ORDER RE: JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** <br><br> *Complaint Filed: May 31, 2018* |

**TO THE HONORABLE COURT:**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

1. Plaintiff's operative complaint, including all causes of action against all defendants, including the individual defendants, is **dismissed with prejudice**.

///

Case No. 5:18-CV-01053-GW-SP

ORDER RE: JOINT STIPULATION TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE

2. This Dismissal constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of the Section 1983 claim as to all causes of action and all defendants, including the individual defendants.

Dated: August 21, 2019

HON. GEORGE H. WU,
United States District Judge